UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.                                              Case No. 8:22-cv-02006-CEH-TGW

ARGO GROUP PROPERTIES, LLC,

    Defendant.

_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff hereby gives notice to the Court that the Parties have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

                                                        Respectfully submitted,

                                                        Joshua A. Glickman, Esq.
                                                        Florida Bar No. 43994
                                                        josh@sjlawcollective.com
                                                        Shawn A. Heller, Esq.
                                                        Florida Bar No. 46346
                                                        shawn@sjlawcollective.com

                                                        Social Justice Law Collective, PL
                                                        974 Howard Ave.
                                                        Dunedin, FL 34698
                                                        (202) 709-5744
                                                        (866) 893-0416 (Fax)

- 2 -

                    Attorneys for the Plaintiff

                    By: *s/ Shawn A. Heller*
                          Shawn A. Heller, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 21st day of September, 2022, which will send a notice of electronic filing to all attorneys of record.

                    By: *s/ Shawn A. Heller*
                          Shawn A. Heller, Esq.