UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELROY A. CHAMBERS, JR. ,

    Plaintiff,

v.                                                                           Case No: 8:22-cv-2006-CEH-TGW

ARGO GROUP PROPERTIES, LLC,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. 13). In accord with the Notice of Voluntary Dismissal With Prejudice, it is

**ORDERED**:

1)    This cause is dismissed, with prejudice.

2)    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 2, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record